UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW ZHANG, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

Immersive Group Gaming, Inc.,

        Defendant.

Case No. 1:25-cv-05179-PAE-VF

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT IMMERSIVE GROUP GAMING, INC.**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Immersive Group Gaming, Inc., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 13, 2025

| | |
|---|---|
| Uri Horowitz, Esq.<br>**Horowitz Law, PLLC**<br>14441 70th Road<br>Flushing, NY 11367<br>Phone: (718) 705-8706<br>uri@horowitzlawpllc.com<br>*Attorney for Plaintiff* | Gina E. Nicotera, Esq.<br>**Vedder Price, PC**<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Phone: (212) 407-7754<br>gnicotera@vedderprice.com<br>*Attorney for Defendant Immersive Group Gaming, Inc.* |

SO ORDERED:     11/17/25

Paul A. Engelmayer
Judge, U.S. District Court
Southern District of New York